# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

161049 & (21)(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN ALBERT GILLIS,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161049
COA: 350249
St Clair CC: 02-000601-FC

_____/

On order of the Court, the motion to supplement and motion for immediate consideration are GRANTED. The application for leave to appeal the November 27, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

b1116